IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP BLAIR JONES,

        Petitioner,                     No. 2:11-cv-1006 JAM GGH P

    vs.

KNIPP,

        Respondent.              ORDER

_____/

        Petitioner has filed three requests for appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

/////

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that petitioner's February 19 and 25,
2  2013 requests for appointment of counsel (Docket Nos. 31, 33 and 34) are denied without
3  prejudice to a renewal of the motion at a later stage of the proceedings.
4  DATED: February 27, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076:md
jone1006.110