UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BLAIR JONES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KNIPP, Warden,<br><br>　　　　Respondent. | No.  2:11-cv-1006 JAM GGH P<br><br><br>ORDER |

This petition for writ of habeas corpus was denied on February 3, 2014, and judgment entered accordingly. Petitioner's filing, styled as a letter to the Court, filed on August 27, 2014, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded.

　　IT IS SO ORDERED.

Dated: September 4, 2014

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/kly
jone1006.158ggh(2)

1